IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-309-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NARCISO ARELLANO-CHAVEZ, | ) |
| | ) |
| Defendant. | ) |

For the reasons stated in the United States' response in opposition [D.E. 61], the court DISMISSES WITHOUT PREJUDICE defendant's motion for return of property [D.E. 59].

SO ORDERED. This 14 day of August, 2025.

JAMES C. DEVER III
United States District Judge